

ORIGINAL

FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0004

FILED

JUN 0 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
CHLOE RODDY

O R D E R

Chloe Roddy has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since April 2022.

In the Petition, Roddy indicates that she is currently suspended, disbarred, or otherwise ineligible to practice law in another jurisdiction. Although the Status Change Petition form requests that a petitioner who indicates such shall provide the pertinent details, Roddy has not done so. It is necessary for Roddy to submit the required information before this Court can consider her petition.

IT IS THEREFORE ORDERED that, within 14 days of the date of this Order, Petitioner Chloe Roddy file with this Court an affidavit with supporting documentation, as necessary, that explains why she is currently suspended, disbarred, or otherwise ineligible to practice law in another jurisdiction.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 6th day of June, 2023.

For the Court,

By _____
Justice